FILED ✓ ENTERED
LODGED ___ RECEIVED

APR 03 2001 ZG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

APR 0 2 2001

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LLOYD L. SHACKELFORD,

    Petitioner,

vs.

RICHARD MORGAN,

    Respondent(s).

CASE NO. C01-0483Z

ORDER OF REFERENCE
Habeas Corpus Petition

IT IS ORDERED that this matter is referred to United States Magistrate Judge Ricardo S. Martinez, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

DATED this 30 day of March, 2001.

THOMAS S. ZILLY
United States District Judge

ORDER OF REFERENCE

2.1(B)
Rev. 7/95

FILED ENTERED
APR 02 2001
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERRY MADSEN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF KENT, et al.,<br><br>    Defendant(s). | CASE NO. C01-79L<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING THE CASE |

The application by plaintiff for leave to proceed in forma pauperis was incomplete or defective as set forth in the third notice of deficiency from the Clerk to plaintiff on February 23, 2001. The Clerk advised plaintiff that failure to correct the deficiency or pay the filing fee on or before March 23, 2001, could result in dismissal of the case. This was the third notice of deficiency sent to plaintiff by the Clerk. Plaintiff has neither paid the filing fee nor adequately supplemented the application to proceed in forma pauperis.

It is therefore ORDERED:

(1)    The application to proceed in forma pauperis is **DENIED**;

(2)    The case is **DISMISSED** without prejudice;

(3)    The Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Honorable Monica J. Benton.

DATED this 2nd day of April, 2001.

ROBERT S. LASNIK
United States District Judge

ORDER DENYING I.F.P. AND
DISMISSING THE CASE
PAGE -1-

Recommended for entry this
30th day of March, 2001.

/s/ Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER DENYING I.F.P. AND
DISMISSING THE CASE
PAGE -2-