CC TO JUDGE KN
HONORABLE ROBERT S. LASNIK

FILED ENTERED
LODGED RECEIVED

MAR 01 2001 KN

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERRY J MADSEN,<br><br>Plaintiff,<br><br>v<br><br>CITY OF KENT, KENT CORRECTIONAL FACILITY, KENT MUNICIPAL COURT SYSTEM<br><br>Defendants | No C 01-0079 L<br><br>NOTICE OF APPEARANCE |

TO            .    Perry Madsen, *Pro Se*

AND TO           THE CLERK OF THE ABOVE-ENTITLED COURT

YOU, AND EACH OF YOU, WILL PLEASE BE ADVISED AND TAKE NOTICE that the undersigned appears as attorney of record for CITY OF KENT, KENT CORRECTIONAL FACILITY and KENT MUNICIPAL COURT SYSTEM, Defendants without waiving any defects as to lack of jurisdiction over subject matter, lack of jurisdiction over person, improper venue, insufficiency of process, insufficiency of service of process, misjoinder or non-joinder, and hereby requests that any and all further pleadings or notices of any nature or kind whatsoever affecting the

NOTICE OF APPEARANCE - 1
C \ks\mam\wcia20193\p 0227-notappearance2nd doc

CV 01-00079 #00000004



ORMACK, INC P S
AW
SUITE 4141
98104-3175
-8861
423