

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERRY J. MADSEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF KENT, KENT CORRECTIONAL FACILITY, KENT MUNICIPAL COURT SYSTEM,<br><br>Defendants. | NO. C01-79L<br><br>ORDER VACATING ORDER REQUIRING STATUS REPORT |

The Court's Order Requiring Joint Status Report, entered March 12, 2001 in the above-captioned case, is hereby VACATED. The Clerk of the Court is directed to send copies of this Order to all counsel of record and to Mr. Madsen.

DATED this 14th day of March, 2001.

Robert S. Lasnik
U.S. District Judge

ORDER OF DISMISSAL