

FILED / LODGED / ENTERED / RECEIVED
MAR 19 2001
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERRY MADSEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF KENT, et al.,<br><br>　　　　Defendant. | CASE NO. C01-0079L<br><br>ORDER OF REFERENCE<br>Civil Rights Case |

IT IS ORDERED that this matter is referred to United States Magistrate Judge Monica J. Benton, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

DATED this 19th day of March, 2001.

_____
ROBERT S. LASNIK
United States District Judge

cc: RSL, MJB, Counsel

ORDER OF REFERENCE

2.1(A)
Rev. 7/95

1